**Fill in this information to identify the case:**

Debtor 1        Renee A Coore Barrett

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    Southern    District of    Florida
                                                                    (State)

Case number                    25-10406

Official Form 410S1

# Notice of Mortgage Payment Change

**12/25**

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank National Association

**Court claim no.** (if known):    2-1

**Last four digits** of any number you use to identify the debtor's account:    8652

**Date of payment change:**
Must be at least 21 days after date of this notice    02/01/2026

**New total payment:**
Principal, interest, and escrow, if any    $1,518.17
*For HELOC payment amounts, see Part 3*

## Part 1:    Escrow Account Payment Adjustment

1.  **Will there be a change in the debtor's escrow account payment?**
    ☐  No
    ☒  Yes.   Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

    **Current escrow payment:**    $723.26        **New escrow payment:**    $744.38

## Part 2:    Mortgage Payment Adjustment

2.  **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
    ☒  No
    ☐  Yes.   Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law.  If a notice is not attached, explain why:

    **Current interest rate:**    %        **New interest rate:**    %

    **Current principal and interest payment**    $        **New principal and interest payment:**    $

## Part 3:    Annual HELOC Notice

3.  **Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?**
    ☑  No
    ☐  Yes

    **Current HELOC payment:**        $
    **Reconciliation amount:**        + $        or
                                      - $

    **Amount of next payment (including reconciliation amount)**        $
    **Amount of the new payment thereafter (without reconciliation amount)**        $

| Debtor 1 | Renee A Coore Barrett | Case Number (if known) | 25-10406 |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

## Part 4:   Other Payment Change

**4.   Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒   No

☐   Yes.   Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

**Reason for change:** _____

**Current mortgage payment:**   $ _____       **New mortgage payment:**   $ _____

## Part 5:   Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐       I am the creditor.

☒       I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

✘   /s/ William Lee _____       Date   12/03/2025 _____

Signature

Print:   William Lee _____       Title   Authorized Agent for U.S. Bank National Association

First Name     Middle Name     Last Name

Company   Bonial & Associates, P.C. _____

Address   14841 Dallas Parkway, Suite 350 _____

Number           Street

Dallas, Texas  75254 _____

City         State         Zip Code

Contact phone   (972) 643-6600 _____       Email   POCInquiries@BonialPC.com _____

**CERTIFICATE OF SERVICE OF PAYMENT CHANGE NOTICE**

I hereby certify that a true and correct copy of the foregoing document has been filed with the court and

served upon the following parties in interest on or before December 10, 2025 via U.S. Mail.  All other parties in interest listed on the Notice of Electronic Filing have been served electronically.

**Debtor**                             *Via U.S. Mail*
Renee A Coore Barrett
4930 Nw 18Th Ct
Lauderhill, FL 33313


                                    Respectfully Submitted,

                                    /s/ William Lee
                                    William Lee


PAYMENT CHANGE NOTICE - CERTIFICATE OF SERVICE                          7221-N-9717

**U.S. Bank**
U.S. Bank
PO Box 21948
Eagan, MN 55121

GARY T BARRETT
RENEE A BARRETT
DCS LAW GROUP P.A.
8751 W BROWARD BLVD STE 301
PLANTATION FL  33324-2632

**Contact information**

usbankhomemortgage.com

View your account and make payments at
**usbank.com** or on the U.S. Bank Mobile App.

**Correspondence address**
U.S. Bank
PO Box 21948
Eagan, MN 55121

**Notices of error and requests for information**
U.S. Bank
PO Box 21977
Eagan, MN  55121

**Live customer support**                       800-344-5015
Monday–Friday, 7 a.m. – 8 p.m. CT
Saturday, 8 a.m. – 2 p.m. CT

We accept relay calls.

Automated services also available at this number 24/7.

Representation of Printed Document

# Annual Escrow Account Disclosure Statement

Property Address: 4930 NW 18 CT, LAUDERHILL, FL 33313

**NOTICE:** This correspondence is sent only for informational purposes and/or for the purpose of compliance with the loan documents and/or applicable law.  You may be afforded certain protections under the United States Bankruptcy Code.  By this correspondence, U.S. Bank is not attempting to collect a debt, impose personal liability, or in any way violate the provisions of the United States Bankruptcy Code.  For any questions related to the bankruptcy, please contact your bankruptcy attorney.

**Notices of error and requests for information**
For notices of error or requests for information, you must send the notice of request with the name(s) on the account, information that enables us to identify your mortgage loan account, and the specific information requested or the specific error which is believed to have occurred to the following mailing address:

U.S. Bank
Attention: Escalation Center
PO Box 21977
Eagan, MN 55121

## Why are you receiving this Escrow Account Disclosure Statement?

The amount billed for your escrow items can change over time. Therefore, we review your escrow account at least once per year to ensure there will be enough money to pay the escrow obligations, but not more on deposit than allowed by law. We may review your escrow account more frequently depending upon the facts and circumstances of the loan and escrow account. Once the review is complete, we send you this escrow account disclosure statement showing the status of the account and the new payment amount.

### Anticipated annual disbursements

| | |
|---|---|
| County tax | $2,629.75 |
| Hazard insurance | $6,158.00 |
| Total disbursements | $8,787.75 |

## Your escrow account has a shortage of $144.69

**Minimum required balance:** The balance of the escrow account as of the date of this analysis is $22,690.87-. The beginning balance in the account projection table is based on assumption of receipt of scheduled payments due on the account. Your escrow account balance is projected to fall below the minimum required balance. If the scheduled payments are made, there will be an account shortage of $144.69. Your shortage will be spread over 12 months. No action is required. Starting on February 01, 2026, your new mortgage payment amount will be $1,518.17.

### Part one – Payment information

Account number: ▮▮▮▮▮▮
Analysis date: November 17, 2025

| | Present payment (as of November 17, 2025) | New payment (as of February 01, 2026) |
|---|---|---|
| Principal and/or interest | $773.79 | $773.79 |
| Escrow deposit, including any shortage | $723.26 | $744.38 |
| **Total:** | **$1,497.05** | **$1,518.17** |

### Part two – Payment calculations

How was this escrow payment calculated?

To determine the escrow payment, we add the projected items to be paid over the next 12 months. We based these projected amounts on any escrow items that may have been paid in the past and any future anticipated payments to be made. We then divide the total amount by 12 payments to determine the escrow amount. The chart below includes any actual escrow disbursements that occurred during the prior analysis period, as well as any projected escrow disbursements and shortages/overages identified for the projected analysis period which impact the monthly payment amount.

| Escrow comparison | 02/2025 | 02/2025 | 02/2026 | # of months | New monthly escrow amount |
|---|---|---|---|---|---|
| Description | (Projected) | (Actual) | (Projected) | (=) | Amount |
| Property tax | $2,606.19 | $2,629.75 | $2,629.75 | 12 | $219.15 |
| Insurance | $6,073.00 | $6,158.00 | $6,158.00 | 12 | $513.17 |



MEMBER FDIC

| | | | | | |
|---|---|---|---|---|---|
| Total taxes and insurance | $8,679.19 | $8,787.75 | $8,787.75 | 12 | $732.32 |
| Escrow shortage | | | $144.69 | 12 | $12.06 |
| Total escrow: | $8,679.19 | $8,787.75 | $8,932.44 | | $744.38 |

**Part three – Escrow account history**

This statement itemizes your actual escrow account transactions since your previous escrow account disclosure statement. The projections from your previous escrow analysis are to the left of the actual payments and the escrow balance. By comparing the actual escrow payments to the previous projections listed, you can determine where a difference may have occurred.

An asterisk (*) indicates a difference from the projected activity in either the amount or the date. When applicable, the letter "E" beside an amount indicates that a payment or disbursement has not yet occurred but is estimated to occur as shown. Your projected low point may or may not have been reached based on one or more of the following factors, such as:

**Payment(s)**
- Monthly payment(s) received earlier or later than expected
- Monthly payment(s) received were less than or greater than expected
- Previous overage was returned to escrow
- Previous shortage not paid entirely

**Taxes**
- Tax rate and/or assessed value changed
- Exemption status lost or changed
- Supplemental/Delinquent tax paid
- Tax bill paid earlier or later than expected
- Tax installment not paid
- Tax refund received
- New tax escrow requirement paid

**Insurance**
- Premium changed
- Coverage changed
- Additional premium paid
- Insurance bill paid earlier or later than expected
- Premium was not paid
- Premium refund received

| Date | Payments to escrow | | | Payments from escrow | | | Payment activity | Escrow balance | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Projected | Actual | | Projected | Actual | | | Projected | | Actual |
| 01/25 | | $0.03 | | | | | | | | $17,779.61- |
| | | | | | | | Beginning balance | $2,893.12 | | $17,779.61- |
| 02/25 | $723.26 | | * | | | | | $3,616.38 | | $17,779.61- |
| 03/25 | $723.26 | | * | | | | | $4,339.64 | | $17,779.61- |
| 04/25 | $723.26 | | * | | | | | $5,062.90 | | $17,779.61- |
| 05/25 | $723.26 | | * | | | | | $5,786.16 | | $17,779.61- |
| 06/25 | $723.26 | | * | | | | | $6,509.42 | | $17,779.61- |
| 07/25 | $723.26 | $1,038.83 | * | | | | | $7,232.68 | | $16,740.78- |
| 08/25 | $723.26 | | * | | | | | $7,955.94 | | $16,740.78- |
| 09/25 | $723.26 | $207.82 | * | | | | | $8,679.20 | | $16,532.96- |
| 10/25 | $723.26 | $0.09 | * | | | | | $9,402.46 | | $16,532.87- |
| 11/25 | $723.26 | $7,232.60 | *E | $2,606.19 | $2,629.75 | *E | County tax | $7,519.53 | | $11,930.02- |
| 11/25 | | | | $6,073.00 | | * | Hazard insurance | $1,446.53 | < | $11,930.02- |
| 11/25 | | | | | $6,158.00 | * | Hazard insurance | $1,446.53 | | $18,088.02- |
| 12/25 | $723.26 | $723.26 | E | | | E | | $2,169.79 | | $17,364.76- |
| 01/26 | $723.26 | $723.26 | E | | | E | | $2,893.05 | | $16,641.50- |
| Total: | $8,679.12 | $9,925.86 | | $8,679.19 | $8,787.75 | | | | | |

**Part four - Coming year projection**

The coming year escrow projection is a month-by-month estimate of activity in your escrow account over the next 12 months. Your current escrow balance and all anticipated payments and disbursements are included to determine the projected escrow account balance. When your escrow balance reaches its lowest point during an account cycle, that balance is targeted to be your cushion amount, which is the minimum required balance. The required escrow account balance is the amount to be on deposit as allowed by federal law, state law and/or your mortgage documents and may include a cushion of up to 1/6th of your anticipated annual disbursements.

Your minimum required balance should not exceed $1,464.63. The minimum required balance is indicated below with an arrow (<). If the account is current, this results in a shortage of $144.69. Please retain this statement for comparison with the actual account.

| Date | Anticipated | | Payment activity | Projected escrow account balance | Required balance |
|---|---|---|---|---|---|
| | To escrow | From escrow | | | |
| | | | Beginning balance | $16,641.50- | $2,929.18 |
| 02/26 | $732.32 | | | $15,909.18- | $3,661.50 |
| 03/26 | $732.32 | | | $15,176.86- | $4,393.82 |
| 04/26 | $732.32 | | | $14,444.54- | $5,126.14 |
| 05/26 | $732.32 | | | $13,712.22- | $5,858.46 |
| 06/26 | $732.32 | | | $12,979.90- | $6,590.78 |
| 07/26 | $732.32 | | | $12,247.58- | $7,323.10 |
| 08/26 | $732.32 | | | $11,515.26- | $8,055.42 |
| 09/26 | $732.32 | | | $10,782.94- | $8,787.74 |
| 10/26 | $732.32 | | | $10,050.62- | $9,520.06 |
| 11/26 | $732.32 | $2,629.75- | County tax | $11,948.05- | $7,622.63 |

GARY T BARRETT
RENEE A BARRETT
DCS LAW GROUP P.A.
8751 W BROWARD BLVD STE 301
PLANTATION FL  33324-2632

| Escrow account projection | | | | | |
|---|---|---|---|---|---|
| Date | Anticipated | | Payment activity | Projected escrow account balance | Required balance |
| | To escrow | From escrow | | | |
| 11/26 | | $6,158.00- | Hazard insurance | $18,106.05- | $1,464.63 < |
| 12/26 | $732.32 | | | $17,373.73- | $2,196.95 |
| 01/27 | $732.32 | | | $16,641.41- | $2,929.27 |
| Total: | $8,787.84 | $8,787.75- | | | |

| Escrow shortage calculation | |
|---|---|
| Escrow balance low point: | $18,106.05- |
| Minimum required escrow balance: | $1,464.63 |
| Bankruptcy escrow amount: | $19,425.99 |
| Shortage: | $144.69 |

Please be advised, an annual review of your escrow account is conducted to determine the monthly escrow account payments for the next computation year. An escrow account computation year is the 12-month period beginning with your initial payment date, and each 12-month period thereafter, unless we issue a short year statement. In conducting the escrow account analysis, the amount of the escrowed items may be estimated, if unknown, or may be based on the prior year's disbursements, and are therefore subject to change. An increase in amounts due and disbursed may cause an escrow shortage for the next computation year. Please contact us at 800-344-5015 if you have any concerns regarding your Annual Escrow Account Disclosure Statement.

 U.S. Bank
PO Box 21948
Eagan, MN 55121

GARY T BARRETT
RENEE A BARRETT
DCS LAW GROUP P.A.
8751 W BROWARD BLVD STE 301
PLANTATION FL  33324-2632

**Representation of Printed Document**

Dear GARY T BARRETT and RENEE A BARRETT,

We are reaching out to let you know that your escrow account has a shortage of $144.69. You can either pay the entire shortage in one payment or have the shortage amount divided and added to your next 12 payments.

If you'd like to voluntarily pay your escrow shortage in one payment, please use the attached escrow coupon. Once this payment has been made, your new monthly payment will be $1,506.11 based on the anticipated annual disbursement.

If you'd prefer to have your shortage added to your monthly payment, the total shortage amount will be divided by 12, and that amount will be added to your payment. The new monthly escrow deposit reflects any adjustments in your tax and/or insurance disbursements. With both of these items included, your monthly mortgage payment will be adjusted to $1,518.17 effective February 01, 2026.

Thank you for being a U.S. Bank client. If you have questions, please call 800-344-5015.

Sincerely,

Escrow department

800-344-5015

Please mail the coupon below with your shortage payment.

 **Escrow shortage coupon**

**(This is not a bill. This is for your information only.)**

**Internet Reprint**

Please make your check payable to:

U.S. Bank
PO BOX 790414
ST LOUIS MO  63179-0414

Shortage amount _____